# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: MARGARET ADELINE VELTRE, | |
| Debtor, | Civil Action No. 17-239 |
| Margaret Adeline Veltre, by her attorney in fact DINA MILLER | |
| | *Appeal from:* |
| Appellant | |
| v. | Bankruptcy Case No. 16-23699-CMB |
| | Adversary Proceeding No. 16-2213 CMB |
| FIFTH THIRD BANK, | |
| Appellee. | |

## **ORDER**

AND NOW on this 14th day of August 2017, upon consideration of the submissions of the parties and review of the record before this court and in accordance with the accompanying Opinion, it is hereby ORDERED that the appeal filed by appellant, Margaret Adeline Veltre, by her attorney in fact Dina Miller, is denied and the Order dated January 27, 2017, entered by the bankruptcy court in Adversary Proceeding No. 16-2213 is AFFIRMED. The clerk shall mark this case closed.

/s/ Joy Flowers Conti
Joy Flowers Conti
Chief United States District Judge